IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTOPHER MCKINNEY,<br><br>  Plaintiff,<br>and<br>BEST BUY CO., INC.,<br><br>  Intervenor,<br>v.<br>COMPACT POWER SERVICES, INC. and BIG LIFT, LLC, as successor of Big Joe Manufacturing Co.,<br><br>  Defendants. | 1:12-cv-1338-WSD |

## OPINION AND ORDER

This matter is before the Court pursuant to the Court's Order dated September 27, 2013, requiring a hearing on Plaintiff's compliance with the order entered by the Court on January 15, 2013.  The hearing was conducted on October 24, 2013.  To consider the presentations by counsel at the hearing, and the information presented to the Court, the Court requires the submission of legal memoranda in reaching a decision in this matter.  The following issues are required to be addressed in the memoranda filed:

1. What is the legal standard in the Eleven Circuit for evaluating whether an order issued by a District Court was violated by a party or a party's counsel in a matter over which the District Court presides?

2. What is the legal standard in the Eleventh Circuit for determining whether a sanction should be imposed upon a party or a party's counsel if an order is found to have been violated, and what guidance is available regarding how to consider what sanction is appropriate to impose?

The parties shall file their memoranda on or before November 15, 2013, and the memoranda shall not exceed twenty-five (25) pages.  Response memoranda, if any, are required to be filed on or before November 29, 2013, and shall not exceed five (5) pages.  Reply memoranda are not allowed.

**SO ORDERED** this 24th day of October, 2013.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE